## PENALTY PAGE

| | |
|---|---|
| **CASE STYLE:** | UNITED STATES v. THERESE JONES BROWN |
| **DEFENDANT:** | THERESE JONES BROWN ( COUNT ONE) |
| **USAO NO.:** | 05R00124 |
| **AUSA:** | GINA S. VANN |

**CODE VIOLATION:**

**COUNT 1:**   18 U.S.C. § 666(a)(1)(A), Theft Concerning Programs Receiving Federal Funds

**PENALTY:**

**COUNT 1:**   10 yrs/$250,000 fine/ 3 yrs SRT/$100 SA