**REDACTED**

| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER (Tran. Court)<br>1:03-CR-839-02 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court)<br>CR06-91 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Candace Wilson<br><br>Wilmington, DE 19720 | Eastern District of New York | Brooklyn |
| | NAME OF SENTENCING JUDGE<br>The Honorable Sterling Johnson, Jr. | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>7/22/05 | TO<br>7/21/10 |

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. AUG 14 2006 P.M. TIME A.M.

**OFFENSE**

Conspiracy to Import Cocaine, in violation of 21 U.S.C. §§ 952 (a), 963 and 960(b) (3).

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     EASTERN     DISTRICT OF     NEW YORK

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the     District of Delaware     upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7-26-06
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE         DISTRICT OF     DELAWARE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT C. HEINEMANN
Clerk
TERRY VAUGHN
Chief Deputy

U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

August 14, 2006

CR06-91

Peter T. Dalleo, Clerk of Court
US District Court of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE

RE: Wilson, Candace
TRANSFER OF JURISDICTION

Dear Sir:

    Enclosed please find a certified copy of Probation Form 22, Transfer of Jurisdiction, signed in Part One on 7/26/06, by the Honorable Sterling Johnson, transferring jurisdiction of probationer to your district.

    Please have the assigned Judge sign the order and return a copy to the Brooklyn Courthouse. Upon receipt, I will forward a copy of the judgment, docket sheet, and indictment to complete this transfer. Thank you for your time and courtesy.

Very truly yours,

Erica Fernandez
Docket Clerk
(718)613-2311

Enc.