PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
1:03-CR-839-02

DOCKET NUMBER (Rec. Court)
CR06-91

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Candace Wilson | Eastern District of New York | Brooklyn |
| Wilmington, DE 19720 | NAME OF SENTENCING JUDGE The Honorable Sterling Johnson, Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 7/22/05 | TO 7/21/10 |

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. AUG 14 2006 P.M. TIME A.M.

**OFFENSE**

Conspiracy to Import Cocaine, in violation of 21 U.S.C. §§ 952 (a), 963 and 960(b) (3).

REDACTED

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ____EASTERN____ DISTRICT OF ____NEW YORK____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____District of Delaware____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7-26-06
Date

[signature] Sterling Johnson Jr.
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ____ DISTRICT OF ____DELAWARE____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

A TRUE COPY ATTEST 8-14 ROBERT C. HEINEMANN CLERK BY [signature] DEPUTY CLERK

9/14/06
Effective Date

[signature] Joseph J. Farnan Jr.
United States District Judge