**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF NEW YORK

ROBERT C. HEINEMANN
    Clerk
Terry Vaughn
  Chief Deputy

U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201
(718) 613-2311
Fax: (718) 613-2399
Erica_Fernandez@nyed.uscourts.gov

October 20, 2006

Peter T. Dalleo, Clerk of Court
U.S. District Court of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: USA vs. Candace Wilson

                                EDNY's Case No: 03-CR-839
                                Your Case No.:06-CR-91

Pursuant to the Transfer of Jurisdiction Order/Stipulation for the above-referenced case, the following documents are enclosed:

        **X**    Certified copy of Transfer Order

        **X**    Certified copy of Judgment & Commitment/Indictment

        **X**    Certified copy of the Docket Sheet

        ____    Entire File

        ____    Other

Kindly acknowledge receipt of the above-cited documents on the enclosed copy of this letter.

                                              Yours truly,

                                              ROBERT C. HEINEMANN
                                              Clerk of Court

                                              By: Erica Fernandez
                                              Deputy Clerk

Encl.

_____                 _____
        Received By:                                                             Date

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 1:03-CR-839-02 |
| DOCKET NUMBER (Rec. Court) | CR06-91 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Candace Wilson<br>4 Danville Court<br>Wilmington, DE 19720 | Eastern District of New York | Brooklyn |
| | NAME OF SENTENCING JUDGE<br>E.D.N.Y.<br>The Honorable Sterling Johnson, Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 7/22/05 — TO 7/21/10 |

OFFENSE

Conspiracy to Import Cocaine, in violation of 21 U.S.C. §§ 952 (a), 963 and 960(b) (3).

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
OCT 20 2006
P.M.
TIME A.M.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
AUG 14 2006
P.M.
TIME A.M.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __EASTERN__ DISTRICT OF __NEW YORK__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __District of Delaware__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7-26-06
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF __DELAWARE__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

A TRUE COPY
ATTEST
8-14
ROBERT C. [illegible]
CLERK
DEPUTY CLERK

10-20-06
[illegible] C. [illegible]
CLERK

9/14/06
Effective Date

_____
Joseph [Farnan]
United States District Judge



IJ:CK
F.#2003R00798

JOHNSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GO. M..

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

 - against -

CANDACE BROWN and
CANDACE WILSON,

       Defendants.

- - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. _____
(T. 21, U.S.C., §§
841(a)(1),
841(b)(1)(A)(ii)(II),
952(a), 960(a)(1),
960(b)(1)(B)(ii) and 963;
T. 18, U.S.C.,
§§ 3551 et seq.)

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

       In or about March 2003, within the Eastern District of New York and elsewhere, the defendants CANDACE BROWN and CANDACE WILSON did knowingly and intentionally conspire to import a controlled substance into the United States from a place outside thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 952(a).

       (Title 21, United States Code, Sections 963 and 960(b)(1)(B)(ii); Title 18, United States Code, Sections 3551, <u>et seq</u>.)

<u>COUNT TWO</u>

       On or about March 30, 2003, within the Eastern District of New York and elsewhere, the defendants CANDACE BROWN and CANDACE WILSON did knowingly and intentionally import a controlled substance into the United States from a place outside

2

thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(B)(ii); Title 18, United States Code, Sections 3551 et seq.)

### COUNT THREE

On or about March 30, 2003, within the Eastern District of New York, the defendants CANDACE BROWN and CANDACE WILSON did knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

*Roslynn R. Mauskopf*
ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK



AO 245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __NEW YORK__

UNITED STATES OF AMERICA
V.
**CANDACE WILSON**

**JUDGMENT IN A CRIMINAL CASE**

Case Number: **03 CR 0839(SJ)**
USM Number: **61662-053**
Robert L. Moore, Esq.,
128 Avon Place, West Hempstead, NY 11552
Defendant's Attorney

**THE DEFENDANT:**

✖ pleaded guilty to count(s) __1 of the indictment.__

✖ The Court accepts the plea taken before Magistrate Judge Go on 12/19/2003

☐ was found guilty on _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense | Count |
|---|---|---|---|
| 21 U.S.C. 952(a) 963. 960(b)(3) | Conspiracy to Import Cocaine | 03/2003 | 1 |

The defendant is sentenced as provided in pages 2  __4__  of this judgment. The sentence is imposed the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

✖ Count(s) __all open counts__ ☐ is ✖ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 22, 2005
Date of Imposition of Judgment

s/SJ
Signature of Judge

STERLING JOHNSON, JR., U.S.D.J.
Name and Title of Judge

July 22, 2005
Date

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
          Sheet 4—Probation

|  |  |
|---|---|
| DEFENDANT: | **CANDACE WILSON** |
| CASE NUMBER: | **03 CR 0839(SJ)** |

Judgment—Page __2__ of __4__

# PROBATION

The defendant is hereby sentenced to probation for a term of :
**five (5) years.**

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☐ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B  (Rev. 12/03) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

|  |  | Judgment — Page 3 of 4 |
|---|---|---|
| DEFENDANT: | CANDACE WILSON | |
| CASE NUMBER: | 03 CR 0839(SJ) | |

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ 100.00 | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case*(AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  | $19,062.00 |  |

| TOTALS | $ _____ | $ _____ |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page 4 of 4

DEFENDANT: **CANDACE WILSON**
CASE NUMBER: **03 CR 0839(SJ)**

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  ☒  Lump sum payment of $ **100.00** due immediately, balance due

   ☐ not later than _____, or
   ☐ in accordance   ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F     Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.


Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.



☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:


Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED, MJSELECT

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CRIMINAL DOCKET FOR CASE #: 1:03-cr-00839-SJ-2
### Internal Use Only

Case title: USA v. Brown et al
Magistrate judge case number: 1:03-mj-00523-RML

Date Filed: 07/21/2003

Assigned to: Senior-Judge Sterling Johnson, Jr

### Defendant

**Candace Wilson** (2)
*TERMINATED: 08/02/2005*

represented by **Richard Elliot Kwasnik**
295 Madison Avenue,
21st Fl.
New York, NY 10017
212-808-5440
Fax: 212-808-4962
Email: kwasnik@earthlink.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Robert L. Moore**
Quesada & Moore, LLP
128 Avon Place
West Hempstead, NY 11552
516-486-7307
Fax: 516-486-4097
Email: qmlaw@optonline.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

### Pending Counts

ATTEMPT/CONSPIRACY -
NARCOTICS -
IMPORTATION/EXPORTATION
(1)

### Disposition

PROBATION: 5 YEARS; SPECIAL
ASSESSMENT: $100.00

### Highest Offense Level (Opening)

Felony

**Terminated Counts**

NARCOTICS - IMPORT
(2)

NARCOTICS - POSSESSION
(3)

**Disposition**

Dismissed on Govt motion.

Dismissed on Govt motion.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

21 U.S.C. sec. 963 - defts, together with others, did conspire to knowingly and intentionally import into the U.S. cocaine, a Schedule II controlled substance.

**Disposition**

**Plaintiff**

USA

represented by **Charles Kleinberg**
United States Attorney's Office
Eastern District of New York
One Pierrepont Plaza, 14th Floor
Brooklyn, NY 11201
(718)254-6012
Fax: (718)254-6012
Email: Charles.Kleinberg@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/30/2003 | | ARREST of Candace Brown, Candace Wilson (Frullo, Veronica)[1:03-mj-00523-RML] (Entered: 04/01/2003) |
| 03/31/2003 | 1 | COMPLAINT as to Candace Brown, Candace Wilson (Frullo, Veronica)[1:03-mj-00523-RML] (Entered: 04/01/2003) |
| 03/31/2003 | | First Appearance as to Candace Brown, Candace Wilson held (Frullo, Veronica)[1:03-mj-00523-RML] (Entered: 04/01/2003) |
| 03/31/2003 | 2 | Magistrate Arraignment as to Candace Brown, Candace Wilson held before Magistrate Levy on 03/31/03. AUSA Deborah Mayer present. Deft Brown |

| | | |
|---|---|---|
| | | present w/counsel Abraham Clott; Deft Wilson present w/counsel Richard Kwasnick. Defendant informed of rights. [1:03Deft arraigned. Bond set for deft Brown, but deft not released until sureties in PA sign the bond. Temporary order of detention entered as to both defts. Detention hearing for Brown is set for 04/01/03 at 11:30. Detention hearing for Wilson is set fo[1:03r 04/04/03 at noon. Preliminary hearing waived as to both defts. Tape # 03/77 (5640-6453) (Frullo, Veronica)[1:03-mj-00523-RML] (Entered: 04/01/2003) |
| 03/31/2003 | 4 | TEMPORARY COMMITMENT issued as to Candace Wilson: detention hearing set for 04/04/02 at 12:00pm. (Signed by Magistrate Robert M. Levy, dated 03/31/03) (Frullo, Veronica)[1:03-mj-00523-RML] (Entered: 04/01/2003) |
| 03/31/2003 | 6 | CJA 20 as to Candace Wilson : Appointment of Attorney Richard E. Kwasnik (Signed by Deputy Clerk, Dated 03/31/03) (Frullo, Veronica)[1:03-mj-00523-RML] (Entered: 04/01/2003) |
| 04/04/2003 | 7 | CALENDAR ENTRY as to Candace Wilson; Case called before Magistrate Robert M. Levy on date of 04/04/02 for detention hearing. AUSA Charles Kleinberg present. Deft present w/counsel Richard Kwasnik. At this time, defense counsel states on the record th[1:03at the deft does not have a bail package. Permanent order of detention entered. Tape # 03/82 (3556-) (Frullo, Veronica)[1:03-mj-00523-RML] (Entered: 04/08/2003) |
| 04/04/2003 | 8 | ORDER OF DETENTION as to Candace Wilson (Signed by Magistrate Robert M. Levy, dated: 04/04/03) (Frullo, Veronica)[1:03-mj-00523-RML] (Entered: 04/08/2003) |
| 04/30/2003 | 14 | PRB BOND entered by Candace Wilson in Amount $ 100,000.00 with conditions and Electronic Monituring. ( Signed by Magistrate Viktor V. Pohorelsky , dated 4/29/03) (Polanco, Marcie)[1:03-mj-00523-RML] (Entered: 04/30/2003) |
| 05/20/2003 | ●15 | CJA 20 as to Candace Wilson : Authorization to Pay Richard Kwasnik. Amount: $ 1665.00, Voucher # 030509000010. . Signed by Judge Robert M. Levy on 5.20.03. (Polanco, Marcelina)[1:03-mj-00523-RML] (Entered: 05/20/2003) |
| 05/20/2003 | ●16 | MEMORANDUM by PTS Officer, Jeff Steimel as to Candace Wilson requesting that conditions of release include drug testing and treatment and a mental health evaluation and treatment, if necessary. (Endoced by J. Bloom on 5/20/03). Signed by Judge Lois B[1:03loom on 5.20.03. (Polanco, Marcelina)[1:03-mj-00523-RML] (Entered: 05/20/2003) |
| 05/22/2003 | ●17 | Minute Entry for proceedings held before Lois Bloom :Docket Call as to Candace Wilson held on 5/22/2003 (Tape #03/121 (533-932).) AUSA Adam Abrehsohn present. Dft present w/ counsel Robert Moore. Time excluded from 5/22/03 to 7/21/03. Bond is modifi[1:03ed to permit removal of the electronic monitoring device off for one month to allow the dft to look for work, and to attend school. (Yuen, Sui-May)[1:03-mj-00523-RML] |

| | | |
|---|---|---|
| | | (Entered: 05/29/2003) |
| 05/22/2003 | 18 | ORDER TO CONTINUE - Ends of Justice as to Candace Wilson Time excluded from 5/22/03 until 7/21/03. . Signed by Judge Lois Bloom on 5/22/03. (Yuen, Sui-May)[1:03-mj-00523-RML] (Entered: 05/29/2003) |
| 06/24/2003 | 19 | Letter from Robert Moore dtd 6/20/03 to Mag. Bloom informing the court of the status of the dft Candace Wilson, and her attempts to seek employment. (Yuen, Sui-May)[1:03-mj-00523-RML] (Entered: 06/24/2003) |
| 07/21/2003 | 24 | Minute Entry for proceedings held before Lois Bloom: Grand Jury Presentment as to Candace Wilson, Candace Brown held on 7/21/2003. Order handed up and filed. (Fernandez, Erica) (Entered: 07/24/2003) |
| 07/21/2003 | 25 | INDICTMENT as to Candace Brown (1) count(s) 1, 2, 3, Candace Wilson (2) count(s) 1, 2, 3. (Fernandez, Erica) (Entered: 07/24/2003) |
| 07/21/2003 | | ***Magistrate Judge Go chosen by random selection to handle matters that may be referred in case as to Candace Wilson, Candace Brown. (Fernandez, Erica) (Entered: 07/24/2003) |
| 07/22/2003 | 23 | Minute Entry for proceedings held before Lois Bloom: Docket Call as to Candace Wilson held on 7/22/2003 Viol. of pre-rial release hearing held. Court advised deft.of the violations Deft. will remain on bail. If drug test comes out positive once more [1:03and/or deft. loses job, bond will be revoked and arrest warrant will be issued. ORDER TO FOLLOW. (Tape #03/166 (2788-3528).) (Polanco, Marcelina)[1:03-mj-00523-RML] (Entered: 07/22/2003) |
| 08/01/2003 | 27 | Minute Entry for proceedings held before Sterling Johnson Jr.: Arraignment held on 8/1/2003; Case not called; Defts to appear before Mag. Judge to be arraigned; The court gives the magistrate permission to exclude time; Arraignment adjourned for 9/24/2003 at 09:30 AM before Senior-Judge Sterling Johnson Jr. (Fernandez, Erica) (Entered: 08/06/2003) |
| 08/08/2003 | 42 | WAIVER of Personal Appearance at Arraignment by Candace Wilson (rec'd 9/1/04) (Fernandez, Erica) (Entered: 09/01/2004) |
| 08/20/2003 | 30 | Letter dtd 07/29/03 from Robert L. Moore to Judge Johnson, requesting an adjournment of the defendants' adjournment until 08/13/03. (Sica, Michele) (Entered: 08/20/2003) |
| 08/28/2003 | 31 | Letter dtd 07/29/03 from Robert L. Moore to Judge Johnson, requesting that the arrignment of the deft. Candace Wilson, be adjourned to 08/13/03 (Sica, Michele) (Entered: 08/28/2003) |
| 09/24/2003 | 32 | Letter from Robert L. Moore, Esq. to Judge Johnson dated 9/11/03 notifying the Court that the deft waives speedy indictment time. (Fernandez, Erica) (Entered: 09/24/2003) |
| 09/24/2003 | 33 | Minute Entry for proceedings held before Sterling Johnson Jr.:Arraignment as to Candace Wilson (2) Count 1,2,3 held on 9/24/2003, Pretrial Conference as to Candace Wilson, Candace Brown held on 9/24/2003, Plea |

| | | |
|---|---|---|
| | | entered by Candace Wilson Not Guilty on counts 1,2,3. The next Pretrial Conference is set for 12/10/2003 @ 09:30 AM before Senior-Judge Sterling Johnson Jr. Counsel for Deft. Brown: Abraham L. Clott, Counsel for Wilson: Robert Moore, AUSA: Charles Kleinberg. Plea referred to Magistrate Judge Go. Speedy trial info: Start: 09/24/03 Start: 12/10/03. (Court Reporter Mickey Brymer.) (Sica, Michele) (Entered: 09/26/2003) |
| 09/24/2003 | | ***Excludable started as to Candace Brown, Candace Wilson : Start- 09/24/03 Stop- 12/10/03. (Sica, Michele) (Entered: 09/26/2003) |
| 12/18/2003 | 35 | SEALED DOCUMENT PLACED IN VAULT as per order of Mag. Go. Date of Sealing 12/16/03. (Fernandez, Erica) (Entered: 12/18/2003) |
| 12/19/2003 | | Plea entered by Candace Wilson (2) Guilty Count 1. (Fernandez, Erica) (Entered: 08/02/2005) |
| 01/07/2004 | 36 | SEALED DOCUMENT PLACED IN VAULT as per order of Mag. Go. Date of sealing: 12/19/03. (Fernandez, Erica) (Entered: 01/07/2004) |
| 03/30/2004 | 38 | SEALED DOCUMENT PLACED IN VAULT as per order of Judge Johnson, submitted by AUSA Charlie Kleinberg. (Entered: 04/08/2004) |
| 05/07/2004 | 39 | Sealed document.(Glenn, Marilyn) (Entered: 05/07/2004) |
| 05/18/2004 | 40 | ORDER as to Candace Wilson; Deft's request to modify bail bond conditions to discontinue electronic monitoring is Granted . Signed by Judge Sterling Johnson Jr. on 4/1/04. (Endorsed on letter dated 3/25/04 from Robert L. Moore, Esq.) (Fernandez, Erica) (Entered: 05/18/2004) |
| 05/25/2004 | 41 | SEALED Letter. (Glenn, Marilyn) (Entered: 05/25/2004) |
| 07/22/2005 | 43 | Minute Entry for proceedings held before Sterling Johnson Jr.: AUSA Robert Raddick obo Charles Kleinberg; Defts present with counsel.Sentencing held on 7/22/2005 for Candace Brown (1), Count(s) 1, PROBATION: 5 Years; SPECIAL ASSESSMENT: $100.00; Count(s) 2, 3, Dismissed on Govt motion.; and Candace Wilson (2), Count(s) 1, PROBATION: 5 YEARS; SPECIAL ASSESSMENT: $100.00; Count(s) 2, 3, Dismissed on Govt motion. (Court Reporter Holly Driscoll.) (Fernandez, Erica) (Entered: 08/02/2005) |
| 08/02/2005 | 45 | JUDGMENT as to Candace Wilson (2), Count(s) 1, PROBATION: 5 YEARS; SPECIAL ASSESSMENT: $100.00; Count(s) 2, 3, Dismissed on Govt motion. . Ordered by Judge Sterling Johnson Jr. on 7/22/05. c/m by chambers (3 certified copies fwd to USMS) (Fernandez, Erica) (Entered: 08/02/2005) |
| 08/02/2005 | | ***Case Terminated as to Candace Wilson, Candace Brown (Fernandez, Erica) (Entered: 08/02/2005) |
| 08/14/2006 | 46 | TRANSFER OF JURISDICTION REQUEST as to Candace Wilson To District of Delaware from the Eastern District of New York. Awaiting acceptance and signature. (Certified copy mailed to the District of Delaware) (Fernandez, Erica) (Entered: 08/14/2006) |