PROB 12
(Rev 02/94)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Criminal Action No.: CR06-91 |
| | ) |
| Candace Wilson, | ) |
| | ) |
| Defendant. | ) |

### Petition on Probation and Supervised Release

COMES NOW <u>Angelica Lopez</u> Probation Officer of the Court presenting an official report upon the conduct and attitude of <u>Candace Wilson</u>, who was placed on supervision by the Honorable <u>Sterling Johnson, Jr.</u>, sitting in the court at <u>New York, NY</u> on the <u>22nd</u> day of <u>July</u> 2005, who fixed the period of supervision at <u>five years,</u> and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

Please refer to attached documents.

**PRAYING THAT THE COURT WILL ORDER** the issuance of an arrest warrant, so that Candace Wilson may be brought before the Court for a hearing to determine if she has violated the terms and conditions of probation.

**ORDER OF COURT**

So ordered this __28__ day
of __August__ 2008.

_____
U.S. District Court Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
U.S. Probation Officer

Executed on    August 20, 2008

Place    Wilmington, Delaware

**Mandatory Condition:** The defendant shall not commit another federal, state, or local crime.

**Standard Condition #7:** The defendant shall refrain from the unlawful use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

**Standard Condition #9:** The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Evidence:** On August 15, 2008, Candace Wilson was arrested and charged with trafficking in marijuana; possession with intent to deliver a non-narcotic Schedule I controlled substance; distribution, delivery, or possession of a controlled substance within 300 feet of a park; maintaining a vehicle for keeping a controlled substance; maintaining a dwelling for keeping a controlled substance; conspiracy second degree, and endangering the welfare of a child by committing a Title 16 offense with child. At the time of arrest, Ms. Wilson was with her co-defendant, Eduardo Griffith, a three-time convicted felon. Ms. Wilson did not have permission to associate with Mr. Griffith. On August 19, 2008, the defendant admitted to conspiring with an unknown individual to have a package of marijuana shipped to her residence in exchange for an unknown amount of cash.

**Standard Condition #2:** The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

**Evidence A:** Ms. Wilson failed to appear for scheduled appointments on May 23, 2006, July 7, 2006, September 8, 2008, January 17, 2007, May 17, 2007, September 27, 2007, March 14, 2008, and May 1, 2008.

**Evidence B:** Ms. Wilson failed to submit monthly supervision reports for June and July 2008.

**Standard Condition #6:** The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Evidence A:** On August 19, 2008, the defendant reported losing her job at Velassis three weeks prior. Ms. Wilson failed to notify the probation officer as required.

**Evidence B:** On August 19, 2008, the defendant reported she moved out of her residence three weeks prior. Ms. Wilson failed to notify the probation officer as required.